Phillip H. Stanfield, Bar #011729
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1745
Fax: (602) 200-7877
pstanfield@jshfirm.com

Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nickolus John Martin, individually,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Travis Santez Jones and Jane Doe Jones, husband and wife; US Auto Transport, Inc., a Georgia corporation; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5,<br><br>　　　　　　Defendants. | No. TBD<br><br>**NOTICE OF REMOVAL** |

　　　　Travis Santez Jones and US Auto Transport, Inc. (collectively "Defendants"), through undersigned counsel, hereby file their Notice of Removal of this action to the United States District Court, for the District of Arizona, and state as follows:

### PROCEDURAL HISTORY

　　　　1.　　On or about January 7, 2022, Plaintiff filed a Complaint against Defendants in the Superior Court of Arizona, in and for the County of Maricopa, under the caption "NICKOLUS JOHN MARTIN, individually v. TRAVIS SANTEZ JONES and JANE DOE JONES, husband and wife; US AUTO TRANSPORT, INC., a Georgia corporation; et. al." Defendant US Auto Transport was served with the Summons and Complaint on or about January 18, 2022. Defendant Travis Santez Jones, through undersigned counsel, was served on or about January 25, 2022. A copy of the State Court pleadings are attached as Exhibit A.

### TIMELINESS OF REMOVAL

10175556.1

2. Under 28 U.S.C. § 1446(b)(1), a notice of removal shall be filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based.

3. Removal is timely because both named Defendants are removing this matter within thirty (30) days after being served with the Plaintiff's Complaint. *See* 28 U.S.C. § 1446(b)(1).

4. Defendant US Auto Transport, Inc. was served with Plaintiff's Complaint on or about January 18, 2022.

5. Defendant Travis Santez Jones was served, through undersigned counsel, with Plaintiff's Complaint on or about January 25, 2022.

## BASIS OF REMOVAL

6. This Court has jurisdiction over the civil action pursuant to 28 U.S.C. § 1332 in that, per the understanding of counsel undersigned, the amount in controversy in this matter exceeds the sum or value of $75,000 exclusive of interest and costs, and the action is between citizens of different states.

7. Plaintiff's Counsel has informed defense counsel that Plaintiff incurred $70,263.88 in current medical specials and Plaintiff expects to incur in excess of $296,000 in future medical expenses. Further, Plaintiff's Complaint certifies that, pursuant to Rule 26.2(b) Ariz. R. Civ. Pro, the damages in this case qualify the case as Tier 3 case, meaning the damages are in excess of $300,000. Accordingly, the amount in controversy exceeds the sum of $75,000.

8. Defendant US Auto Transport, Inc. is a Georgia Corporation with its principal place of business in the city of Cumming, Georgia.

9. Defendant Travis Santez Jones is a resident of the State of Alabama.

10. Plaintiff's Complaint states that Plaintiff is a resident of the State of Arizona. (See Plaintiff's Complaint, Ex. A, at ¶ 1.)

2

10175556.1

11. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is filed in the United States District Court for the District of Arizona, which is the district in which the civil court action is pending.

12. A Notice of Filing Notice of Removal was filed with the Superior Court and a copy of the same is attached as Exhibit B.

WHEREFORE, Defendants respectfully request that this action be removed to this Court.

DATED this 14th day of February, 2022.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Phillip H. Stanfield
Phillip H. Stanfield
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of February, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Timothy G. Tonkin, Esq.
Nasser Abujbarah, Esq.
Sean C. Davis, Esq.
PHILLIPS LAW GROUP, P.C.
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Attorneys for Plaintiff

s/Kadie G. Lewis

10175556.1