Phillip H. Stanfield, Bar #011729
Daniel O. King, Bar #026550
James W. Dey, Bar #037053
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1745
Fax: (602) 200-7877
pstanfield@jshfirm.com
dking@jshfirm.com
jdey@jshfirm.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nickolus John Martin, individually,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Travis Santez Jones and Jane Doe Jones, husband and wife; US Auto Transport, Inc., a Georgia corporation; John Does 1-5; Jane Does 1-5; Black Corporations 1-5; and White Partnerships 1-5,<br><br>　　　　　　　　Defendants. | No. 2:22-cv-00242-JAT<br><br>**NOTICE OF SETTLEMENT** |

　　　　Defendants, by and through undersigned counsel, hereby notify the Court that the parties have reached a settlement in the above-captioned matter.

　　　　The parties will file their Stipulation for Dismissal and corresponding proposed Order in the near future.

11208183.1

DATED this 2nd day of December, 2022.

JONES, SKELTON & HOCHULI, P.L.C.


By s/James W. Dey
   Phillip H. Stanfield
   Daniel O. King
   James W. Dey
   40 N. Central Avenue, Suite 2700
   Phoenix, Arizona 85004
   Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Timothy G. Tonkin, Esq.
Nasser Abujbarah, Esq.
Sean C. Davis, Esq.
PHILLIPS LAW GROUP, P.C.
3101 N. Central Avenue, Suite 1500
Phoenix, Arizona 85012
Attorneys for Plaintiff

s/Kadie G. Lewis

2

11208183.1