# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nickolus John Martin, | No. CV-22-00242-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Travis Santez Jones, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the stipulation of the parties (Doc. 42) and dismissing the above-captioned matter, with prejudice, each side to bear their own costs and attorneys' fees.

Dated this 4th day of January, 2023.

James A. Teilborg
Senior United States District Judge